AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America<br>v.<br>Tabitha Dixon | )<br>)<br>) Case No: 3:06cr62-001/MCR<br>) USM No: 06414-017 |
| Date of Previous Judgment:   August 25, 2006<br>(Use Date of Last Amended Judgment if Applicable) | )<br>) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____   Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
The mid-point of the Defendant's revised guidelines range (135-168 months) is thirty (30) months greater than sentence imposed after reduction for substantial assistance. Based on the facts supporting the original sentence, including Defendant's substantial assistance, the court would not have reduced Defendant's sentence below 120 months even after application of Amendment 706.

All provisions of the judgment dated   August 25, 2006   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  12-15-08                               _M. Casey Rodgers_
                                                                Judge's signature

Effective Date: _____               M. Casey Rodgers, United States District Judge
       (if different from order date)                       Printed name and title