**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                                              CASE NO. 3:06cr62/MCR

TABITHA DIXON

_____/

**O R D E R**

By order dated April 30, 2012, the court denied defendant's 18 U.S.C. § 3582(c)(2) motion for sentence reduction based on Amendment 750 to the Sentencing Guidelines, finding the Amendment did not result in a change to the guideline range and the previous sentence imposed. Defendant appealed this court's decision to the Eleventh Circuit Court of Appeals, and this matter is now before the court on remand. (*See* doc. 133).

Upon further review and consideration, defendant's motion (doc. 113) is DENIED. Although the court is impressed by and applauds defendant's substantial and meaningful post sentencing rehabilitative efforts, and encourages her to remain on a positive path toward reentry, the court continues to find that a sentence of 60 months on Count I is sufficient but not greater than necessary to comply with the purposes of sentencing under 18 U.S.C. § 3553(a). Although Amendment 750 does reduce defendant's base offense level from a 38 to a 36, and changes her guideline range from 168 - 210 months to 135 - 168 months, the facts and circumstances of this case, including those pertaining to Count II, warrant a sentence of 120 months, particularly after considering the sentences imposed with regard to the co-conspirators. A sentence of less than 60 months on Count I would not be consistent with § 3553(a).

**SO ORDERED** this 10th day of July, 2013.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**